IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID D. HARRIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. DUBE,<br><br>　　　　　Defendant. | No.  2:23-CV-1664-DMC-P<br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion for reimbursement of funds. See ECF No. 26.

　　　　On September 15, 2023, the Court granted Plaintiff's application for leave to proceed in forma pauperis and directed partial monthly payments of the $350.00 filing fee. See ECF No. 8.  That order was vacated on May 1, 2024, when, upon further review of the docket, it was noted that Plaintiff paid the filing fees in full on September 7, 2023.  See ECF No. 22.  The May 1, 2024, order directed that any overpayments received as a result of the September 15, 2023, order directing partial monthly payments be returned to Plaintiff.  See id.  A review of the Court's Financial Department records reflects that $34.05 was returned to Plaintiff as an overpayment and that, currently, no funds are due by Plaintiff or owed to Plaintiff by the Court.

/ / /

While Plaintiff contends in the current motion that he remains owed $315.95, the Court's records do not reflect any such overpayment owed to Plaintiff pursuant to the May 1, 2024, order. It appears that the "Inmate Obligation History" attached to Plaintiff's motion reflects amounts owed under the Court's original September 15, 2023, order directing partial payments until $350.00 had been paid in full. The statement does not reflect money owed by or to Plaintiff. Moreover, the Inmate Obligation History has been rendered moot by Plaintiff's full payment on September 7, 2023, and the Court's May 1, 2024, order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for reimbursement of funds, ECF No. 26, is DENIED.

Dated: July 8, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE