IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**DAVID D. HARRIS,**

Plaintiff,

v.

**J. DUBE,**

Defendant.

Case No. 2:23-cv-1664-WBS-DMC-P

**ORDER**

Defendant has moved for a 14-day extension of time to file an opposition to Plaintiff's Summary Judgment Motion (ECF 38).  Good cause appearing, Defendant's Second Administrative Motion for an Extension of Time to Oppose Plaintiff's Motion for Summary Judgment by 14-days is hereby GRANTED.  The deadline to file an opposition is now March 24, 2025.

**IT IS SO ORDERED.**

Dated:  March 12, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE