IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID D. HARRIS,**<br><br>Plaintiff,<br><br>v.<br><br>**J. DUBE,**<br><br>Defendant. | Case No. 2:23-cv-1664-WBS-DMC-P<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION** |

Defendant has moved for a 7-day extension of time to file a reply to Plaintiff's Opposition to Defendant's Summary Judgment Motion (ECF 48).  Good cause appearing, Defendant's request is hereby **GRANTED**.  The deadline to file a reply is now April 29, 2025.

Dated:  April 24, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE