**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| DAVID D. HARRIS,<br><br>            Plaintiff,<br><br>      v.<br><br>J. DUBE,<br><br>            Defendant. | No.  2:23-CV-1664-WBS-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's filing at ECF No. 37, which has been docketed as a motion to compel.

A review of the filing reflects that it is Plaintiff's interrogatories to Defendant Dube.  The filing is not accompanied by any proof of service and is not accompanied by Defendant's responses or any argument that such responses are inadequate.  As such, the filing is not a proper motion and will be stricken as a discovery request submitted absent a formal motion.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's filing at ECF No. 37 is stricken and the Clerk of the Court is directed to terminate the matter as a pending motion.

Dated:  July 1, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1